No. 91–7740.   KNIGHT v. LOVE, SUPERINTENDENT, STATE COR-
RECTIONAL INSTITUTION OF HUNTINGDON, ET AL.   C. A. 3d Cir.
Certiorari denied.

No. 91–7741.   JOHNSON v. GUNTER, EXECUTIVE DIRECTOR,
COLORADO DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 10th
Cir.   Certiorari denied.

No. 91–7747.   ABERNATHY v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 91–7748.   AWKAKEWAKEYES v. DRAGOVICH, SUPERINTEND-
ENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL.
C. A. 3d Cir.   Certiorari denied.

No. 91–7750.   MARTS, AKA BISHOP v. EDWARDS, GOVERNOR OF
LOUISIANA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 91–7751.   PAGLIASSO v. WORKERS' COMPENSATION AP-
PEALS BOARD ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 91–7752.   SALAZAR v. UNITED STATES.   C. A. 2d Cir.   Cer-
tiorari denied.

No. 91–7753.   MCDONALD v. LECUREUX, WARDEN.   C. A. 6th
Cir.   Certiorari denied.

No. 91–7756.   ALASHKAR v. CALIFORNIA.   Ct. App. Cal., 1st
App. Dist.   Certiorari denied.

No. 91–7757.   WILSON v. PETERS, WARDEN, ET AL.   C. A. 5th
Cir.   Certiorari denied.

No. 91–7761.   BROWN v. WILLIAM ET AL.   C. A. 4th Cir.   Cer-
tiorari denied.

No. 91–7764.   EVANS v. REDMAN, WARDEN, ET AL.   C. A. 3d
Cir.   Certiorari denied.

No. 91–7765.   HILL v. PENNSYLVANIA.   C. A. 3d Cir.   Certio-
rari denied.

No. 91–7768.   DIAZ v. INDIANA.   Ct. App. Ind.   Certiorari de-
nied.